DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DORSEY LAVELLA SANDERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-38
_____

March 22, 2024

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco,
Judge.

Dorsey Lavella Sanders, pro se.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes,
Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.